## UNITED STATES *versus* ADELAIDE BRUSH, EXECUTRIX, ETC., OF ELIJAH BRUSH, LATE TREASURER OF THE TERRITORY OF MICHIGAN, DECEASED

JOURNAL ENTRIES (1821–25): *Journal 3:* (1) Appearance, continued *p. 227; (2) jury impaneled *p. 340; (3) witness sworn *p. 340; (4) constable sworn to attend jury *p. 340; (5) verdict *p. 340; (6) motion for new trial *p. 340; (7) attendance of witness proved *p. 340. *Journal 4:* (8) Judgment MS p. 63.
PAPERS IN FILE: (1) Precipe for process; (2) summons and return; (3) declaration and plea of non assumpsit; (4) precipe for subpoena; (5) subpoena; (6) demand for bill of particulars; (7) subpoena; (8) subpoena duces tecum; (9) bill of particulars; (10) panel of jurors; (11) verdict; (12) reasons for new trial; (13) affidavit of William Brown; (14) certificate of amount due Detroit Fund; (15) memo. of amount of debt and interest; (16) order of governor and judges re taking judgment; (17) transcripts from records of governor and judges sitting as a land board; (18) precipe in action brought in court for District of Huron and Detroit by Elijah Brush, Treasurer, against Joseph Campau.
*Office Docket*, MS p. 152, c. 80. (Case 130 of 1820) Recorded in *Book C*, MS pp. 51–54.